JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. D., | ) NO. CV 22-7129-KS |
|         Plaintiff, | ) |
|     v. | ) JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|         Defendant. | ) |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the above-captioned action is remanded to the Social Security Administration for further proceedings consistent with the Court's Memorandum Opinion and Order.

DATE: December 12, 2023

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE